

# Fourth Court of Appeals
## San Antonio, Texas

September 16, 2015

No. 04-15-00402-CR

**EX PARTE** Jerry Lee **EDWARDS**

Original Habeas Corpus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

On September 11, 2015, relator filed a supplemental petition for writ of habeas corpus following his original petition initially filed on July 2, 2015. The court has determined that it lacks jurisdiction to consider relator's petition. Accordingly, relator's supplemental petition is also DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on September 16, 2015.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR9303, styled *The State of Texas v. Jerry Lee Edwards*, pending in the 175th Judicial District Court, Bexar County, Texas, the Honorable Mary D. Roman presiding.